STATE OF NEW JERSEY v. TIMOTHY ALLEN HINES.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID ROGERS.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES WALL.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LEON ALFORD.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD J. BROWN.

November 2, 1987.

Petition for certification denied.